UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AARON SIPP and SIPP
HEALTHCARE, LLC,

    Plaintiffs,

v.                                            Case No: 6:24-cv-01259-JSS-RMN

NURSE NEXT DOOR HOME
HEALTHCARE SERVICES (USA),
INC.,

    Defendant.
_____/

## ORDER

    The parties jointly move for this case to be stayed pending a decision by the United States District Court for the Western District of Washington on the petition to compel arbitration that Defendant filed in case number 2:24-cv-00884-MJP. (Dkt. 5.) "[D]istrict courts enjoy broad discretion in deciding how best to manage the cases before them." *Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1366 (11th Cir. 1997). A stay pending the resolution of a motion to compel arbitration may be warranted because "participation in litigation, including discovery, can militate in favor of a finding that a party has waived their right to arbitrate." *Harrell's LLC v. Agrium Advanced (U.S.) Techs., Inc.*, No. 8:10-cv-1499-T-33AEP, 2011 WL 1596007, at *2 (M.D. Fla. Apr. 27, 2011). Additionally, permitting proceedings to go forward in a case that may be subject to arbitration could "frustrate one of the purposes underlying arbitration, namely, the inexpensive and expedient resolution of disputes and the

easing of court congestion." *Niven v. Dean Witter Reynolds, Inc.*, No. 84-1594, 1985 WL 5802, at *1 (M.D. Fla. June 27, 1985).

Here, the court finds that the parties have demonstrated good cause to suspend the deadlines in this case pending resolution of the petition to compel arbitration. Accordingly, the parties' Joint Motion to Stay Responsive Pleading and Other Deadlines (Dkt. 5) is **GRANTED**, and this case is **STAYED and ADMINISTRATIVELY CLOSED** pending further order of the court. The Clerk is directed to administratively close this case. No later than thirty days from the date of this Order, the parties shall file a joint status report regarding the petition to compel arbitration.

**ORDERED** in Orlando, Florida, on July 19, 2024.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record